United States District Court
Southern District of Texas
**ENTERED**
February 06, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID VASQUEZ TORRES, Individually And On Behalf Of All Similarly Situated Persons, | § § § § | |
| Plaintiff, | § § | |
| V. | § § | CIVIL ACTION NO. 4:17-CV-02314 |
| MI LUNA TAPAS RESTAURANT & BAR, LLC, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THIS DAY, the Joint Stipulation of Dismissal with Prejudice came on for consideration by the Court. The Court, having considered the matter, finds and concludes that all Plaintiffs and Defendant have agreed to settle and compromise all matters at issue between them. Therefore, the settlement is approved and all of the Plaintiffs' claims and causes of action against the Defendant are dismissed with prejudice. All attorneys' fees and costs of Court are to be borne by the parties incurring the same. This is a final judgment.

SIGNED THIS 5th day of February 2018.

_____
UNITED STATES DISTRICT JUDGE